IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBRA F. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:03-cv-716-F |
| | ) | |
| FREIGHTLINER CORPORATION, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **FINAL  JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #101) filed by the parties on September 7, 2005, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this 8th day of September, 2005.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE